# SEIDMAN & PINCUS, LLC

ATTORNEYS AT LAW

777 TERRACE AVENUE, FIFTH FLOOR
HASBROUCK HEIGHTS, NEW JERSEY 07604
(201) 473-0047   FAX: (201) 288-7009

MEMBERS:
MITCHELL B. SEIDMAN*
E-MAIL: ms@seidmanllc.com
ANDREW J. PINCUS*
E-MAIL: ap@seidmanllc.com

OF COUNSEL:
REENA FORST+
E-MAIL: rf@seidmanllc.com
PHYLLIS BARKER°
E-MAIL: pb@seidmanllc.com

ADMISSION:
* MEMBER OF NJ & NY BAR
+ MEMBER OF NJ, NY & DC BAR
° MEMBER OF NJ & CA BAR

September 27, 2010

VIA ECF

Hon. Morris Stern
Martin L. King Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    Mark H. Edelsberg
            Case No. 09-14769 (MS)
            Edelsberg v. Edelsberg
            Adv. Proc. No. 09-1849

Dear Judge Stern:

        This letter will confirm that the status conference schedule for September 28, 2010 has been adjourned to October 26, 2010 at 9:30 a.m.

                                      Respectfully submitted,

                                      SEIDMAN & PINCUS, LLC

                                      Andrew Pincus

cc:    Sharon Edelsberg
       Mark H. Edelsberg
       Michael G. Boyd, Esq.
       Eric R. Perkins, Esq.